UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA and KARL B. LEWIS, Regional Counsel of the Northwest Mountain Region of the Federal Aviation Administration,<br><br>   Petitioners,<br> vs.<br><br>DR. J. CLIFF GREEN,<br><br>   Respondent. | NO. MC-06-039-CI<br><br>ORDER GRANTING MOTION TO DISMISS |

 Pursuant to Petitioner United States of America's Motion to Dismiss upon the satisfaction by Respondent of the United States' Petition to Enforce Federal Aviation Administration Subpoena,

 **IT IS ORDERED** that the above-captioned matter is dismissed without prejudice.

 The District Court Executive is directed to enter this Order, furnish copies to counsel and close this file.

 DATED March 6, 2007.


        S/ CYNTHIA IMBROGNO
      UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO DISMISS - 1